IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | No. 3:12-CR-392-O |
| JOHNNY ANGEL GAMEZ (02) | § § § | |

ORDER ACCEPTING
FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 16, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Petitioner Rosalio Gamez's motion asserting a legal interest in the 2006 Dodge Charger (the "Charger"), VIN 2B3KA43R36H478958, that is the subject of a Preliminary Order of Forfeiture signed by the District Court on May 6, 2013, is **DENIED**.

Dated on this 13th day of September, 2013.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**